**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

Raymond J. Sebastian          Case                              No. 09-39135
                                                                Chapter 13
    Debtor,                                          Judge: Bruce W. Black

_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
Kenneth A. VanNorwick (P61707)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-13170

Marc C. Scheinbaum
P.O. Box 5009
Vernon Hills, IL 60061
(847) 636-4676
_____/

### RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

    NOW COMES Ocwen Loan Servicing, LLC as servicer for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for SACO I Trust 2007-2, Mortgage-Backed Certificates, Series 2007-2 (herein "Creditor"), by and through their attorney, Potestivo & Associates, P.C., and states the following as their response agreeing with the Trustee's Notice of Final Cure Payment that was filed on October 31, 2014:

1. The Debtors filed their bankruptcy petition on October 19, 2009.
2. The Trustee filed the Notice of Final Cure Payment pursuant to Rule 3002.1 on October 31, 2014.
3. Creditor agrees with the Notice of Final Cure Payment and Completion of the Plan Payments.

Date:  November 21, 2014                       /s/ Caleb J. Halberg
                                                                       Potestivo & Associates, P.C.
                                                                       Caleb J. Halberg (ARDC#6306089)
                                                                       223 W. Jackson Blvd., Suite 610
                                                                       Chicago, Illinois 60606
                                                                       Telephone: (312) 263-0003
                                                                       Main Fax: (312) 263-0002
                                                                       Cook County Firm ID #: 43932
                                                                       DuPage County Firm ID #: 223623
                                                                       Attorneys for Ocwen Loan Servicing, LLC
                                                                       Our File No. C14-13170

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

Raymond J. Sebastian     Case                            No. 09-39135
                                                                              Chapter 13

    Debtor,                                                       Judge: Bruce W. Black

_____/

Potestivo & Associates, P.C.
Keith H. Werwas (ARDC#6291042)
Kimberly J. Goodell (ARDC#6305436)
Ashley K. Rasmussen (ARDC#6308095)
David F. Pustilnik (ARDC#6300609)
Caleb J. Halberg (ARDC#6306089)
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for Ocwen Loan Servicing, LLC
Our File No.: C14-13170

Marc C. Scheinbaum
P.O. Box 5009
Vernon Hills, IL 60061
(847) 636-4676
_____/


### AFFIDAVIT OF SERVICE

    I, Cathy Scanlan, state that on the 21st day of November, 2014, I served a copy of the Response to Trustee's Notice of Final Cure Payment and Affidavit of Service upon:

| | |
|---|---|
| Glenn B. Stearns | Marc C. Scheinbaum |
| 801 Warrenville Road, Suite 650 | P.O. Box 5009 |
| Lisle, IL 60532 | Vernon Hills, IL 60061 |
| | |
| Raymond J. Sebastian | Office of the U.S. Trustee |
| 512 W. N St. | 219 S. Dearborn St., Room 873 |
| Braceville, IL 60407 | Chicago, IL 60604 |

by placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to the Debtors and and via CM-ECF electronic filing to the Office of the U.S Trustee, the Debtor's Attorney and Trustee.

                                                                 ***/s/ Cathy Scanlan*** _____
                                                                  Cathy Scanlan